**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

William McFarland and Jennifer McFarland, Petitioners,

v.

Mansour Rashtchian and Amy Rashtchian, Respondents.

Appellate Case No. 2017-001404

Appeal from Dorchester County
Diane Schafer Goodstein, Circuit Court Judge

Memorandum Opinion No. 2019-MO-007
Heard January 30, 2019 – Filed February 6, 2019

**DISMISSED AS IMPROVIDENTLY GRANTED**

Stephen L. Brown and Russel G. Hines, both of Young Clement Rivers, LLC, of Charleston, for Petitioners

David C. Cleveland and Michael L. Leech, of Clawson & Staubes, LLC, of Charleston, for Respondents.

**PER CURIAM:** We granted certiorari to review whether the court of appeals erred in affirming the circuit court's jury charge on self-defense in this defamation action. *McFarland v. Rashtchian*, Op. No. 2017-UP-067 (S.C. Ct. App. filed Feb. 1, 2017). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., HEARN, FEW, JAMES, JJ., and Acting Justice John D. Geathers, concur.**